UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEC R. BOBROW ) | |
|       Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:02CV1466(SRU) |
| ) | |
| THE PRUDENTIAL INSURANCE COMPANY ) | |
| OF AMERICA ) | |
|       Defendant ) | DECEMBER 12, 2003 |
| ) | |

**PARTIES' JOINT MOTION FOR EXTENSION
OF TIME TO FILE JOINT TRIAL MEMORANDUM**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, the plaintiff, Alec R. Bobrow (the"Plaintiff"), and the defendant, The Prudential Insurance Company of America ("Prudential"), (collectively, the "Parties"), hereby move the Court for an extension of time to file the their Joint Trial Memorandum. As per the Report of Parties' Planning Meeting, the Parties have requested a settlement conference before a magistrate judge or the presiding judge. As of the filing of this Motion, this matter has not been scheduled a settlement conference. The Parties request that a settlement conference be scheduled, and that the Court permit the parties to file their Joint Trial Memorandum within 30 days from the date of the settlement conference. This is the first motion for extension of time sought by either party with respect to the deadline for filing the Parties' Joint Trial Memorandum.

**WHEREFORE,** the Parties respectfully request that the Court schedule this matter for a settlement conference, and that the Court permit the parties to file their Joint Trial Memorandum within 30 days from the date of the settlement conference.

*ORAL ARGUMENT IS NOT REQUESTED*

Respectfully submitted,

THE PLAINTIFF,
ALEC R. BOBROW

By _____
     Peter M. Appleton
     Federal Bar No. ct03324
     Appleton & Appleton, LLC
     100 Pearl Street, Suite 1210
     Hartford, CT 06103
     Phone: (860) 246-5481
     Facsimile: (860)246-5554
     E-mail:

     -- His Attorneys --


THE DEFENDANT,
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

By: _____
     Robert C. Hinton
     Federal Bar No. ct17203
     Tyler Cooper & Alcorn, LLP
     205 Church Street
     P.O. Box 1936
     New Haven, Connecticut 06509-1910
     Phone: (203) 784-8200
     Facsimile: (203) 789-8069
     hinton@tylercooper.com

     -- Its Attorneys --

2

## CERTIFICATE OF SERVICE

    This it to certify that a copy of the foregoing has been mailed, postage prepaid, to all counsel and pro se parties of record:

    Paul M. Appleton, Esquire
    Appleton & Appleton, LLC
    100 Pearl Street, Suite 1210
    Hartford, Connecticut 06103

on this 12th day of December, 2003.

                                        Robert C. Hinton
                                        Federal Bar No. ct17203