**United States District Court**
**District of Connecticut**

Bobrow
*Plaintiff*
v.                                    Case No. 3:02cv1466

Prudential Ins. Co.
*Defendant*

FILED
2003 DEC 22  P 2: 48
US DISTRICT COURT
BRIDGEPORT CT

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____  A ruling on the following motions which are currently pending: (orefm.)
       Doc#

__X__  A settlement conference (orefmisc./cnf.)

____  A conference to discuss the following: (orefmisc./cnf.)

____  Other: (orefmisc./misc)


SO ORDERED this __19th__ day of __December__, __2003__ at Bridgeport, Connecticut.

_____
Stefan R. Underhill
United States District Judge