02CV1466 mo ext time

#10

CLERK
U.S. DISTRICT COURT
BRIDGEPORT, CONN.
DEC 12 4 27 PM '03
FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ALEC R. BOBROW**<br>**Plaintiff,**<br><br>**v.**<br><br>**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**<br>**Defendant** | **CIVIL ACTION NO.**<br>**3:02CV1466(SRU)** JF<br><br><br><br>**DECEMBER 12, 2003** |

## PARTIES' JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT TRIAL MEMORANDUM

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, the plaintiff, Alec R. Bobrow (the"Plaintiff"), and the defendant, The Prudential Insurance Company of America ("Prudential"), (collectively, the "Parties"), hereby move the Court for an extension of time to file the their Joint Trial Memorandum. As per the Report of Parties' Planning Meeting, the Parties have requested a settlement conference before a magistrate judge or the presiding judge. As of the filing of this Motion, this matter has not been scheduled a settlement conference. The Parties request that a settlement conference be scheduled, and that the Court permit the parties to file their Joint Trial Memorandum within 30 days from the date of the settlement conference. This is the first motion for extension of time sought by either party with respect to the deadline for filing the Parties' Joint Trial Memorandum.

**WHEREFORE,** the Parties respectfully request that the Court schedule this matter for a settlement conference, and that the Court permit the parties to file their Joint Trial Memorandum within 30 days from the date of the settlement conference.

***ORAL ARGUMENT IS NOT REQUESTED***

GRANTED. The parties have until March 17, 2004 to submit their joint pretrial memorandum. Trial calendar call is scheduled for March 24, 2004 at 10:00 a.m. So ordered.

Stefan R. Underhill
United States District Judge
12/23/03