UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

March 5, 2004

10:00 a.m.

*Held 4 hours*

---

CASE NO. **3:02cv1466 (SRU)**    **Bobrow vs. Prudential Insurance Co.**

Peter M. Appleton
Appleton & Appleton
100 Pearl St.
Suite 1210
Hartford, CT 06103-4500


Robert C. Hinton
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910


Benjamin A. Solnit
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK