UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEC R. BOBROW ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:02CV1466(SRU) |
| ) | |
| THE PRUDENTIAL INSURANCE COMPANY ) | |
| OF AMERICA ) | |
|     Defendant ) | MARCH 15, 2004 |
| ) | |

**PARTIES' STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated by the plaintiff, Alec R. Bobrow, and the defendant, The Prudential Insurance Company of America, (collectively all parties that have appeared in this action), that the above-entitled action be dismissed with prejudice.

                                                Respectfully submitted,

                                                THE PLAINTIFF,
                                                ALEC R. BOBROW

                                                By _____
                                                    Peter M. Appleton
                                                    Federal Bar No. ct03324
                                                    Appleton & Appleton, LLC
                                                    100 Pearl Street, Suite 1210
                                                    Hartford, CT 06103
                                                    Phone: (860) 246-5481
                                                    Facsimile: (860)246-5554
                                                    E-mail:

                                                    -- His Attorneys --

THE DEFENDANT,
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

By: _____
Robert C. Hinton
Federal Bar No. ct17203
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, Connecticut 06509-1910
Phone: (203) 784-8200
Facsimile: (203) 789-8069
hinton@tylercooper.com

-- Its Attorneys –

## CERTIFICATE OF SERVICE

This it to certify that a copy of the foregoing has been mailed, postage prepaid, to all counsel and pro se parties of record:

Paul M. Appleton, Esquire
Appleton & Appleton, LLC
100 Pearl Street, Suite 1210
Hartford, Connecticut 06103

on this 31st day of March, 2004.

_____
Robert C. Hinton
Federal Bar No. ct17203