FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT     2004 APR -1  P 12: 05

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| ALEC R. BOBROW ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:02CV1466(SRU) |
| ) | |
| THE PRUDENTIAL INSURANCE COMPANY ) | |
| OF AMERICA ) | |
|     Defendant ) | MARCH 15, 2004 |

### PARTIES' STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated by the plaintiff, Alec R. Bobrow, and the defendant, The Prudential Insurance Company of America, (collectively all parties that have appeared in this action), that the above-entitled action be dismissed with prejudice.

Respectfully submitted,

THE PLAINTIFF,
ALEC R. BOBROW

By _____
Peter M. Appleton
Federal Bar No. ct03324
Appleton & Appleton, LLC
100 Pearl Street, Suite 1210
Hartford, CT 06103
Phone: (860) 246-5481
Facsimile: (860)246-5554
E-mail:

-- His Attorneys --

APPROVED. The case is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. The clerk is instructed to close the file. So ordered.

Stefan R. Underhill
United States District Judge
04/07/04

2004 APR -7  P 4: 29
U.S. DISTRICT COURT
BRIDGEPORT, CONN